ORIGINAL

ECF

THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 29 2003
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GENERAL ATOMICS**<br>3550 General Atomics Court<br>San Diego, CA 92121-1122<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No. 03-<br>03-2505C |

NOTICE OF RELATED CASES

In accordance with Rule 40.2(a) of the Rules of the Court of Federal Claims ("RCFC"), counsel for Plaintiff General Atomics ("GA") states that this action may be related to the following actions that were filed and are currently pending in this Court: (1) *Boston Edison Co. v. United States*, No. 99-447C (Judge Lettow), (2) *Commonwealth Edison Co. v. United States*, No. 98-621C (Judge Hewitt), (3) *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Senior Judge Merow), (4) *Consumers Energy Co. v. United States*, No. 02-1894C (Chief Judge Damich), (5) *Detroit Edison Co. v. United States*, No. 02-926C (Judge Williams), (6) *Duke Power v. United States*, No. 98-485C (Judge Sypolt), (7) *Florida Power & Light Co. v. United States*, No. 98-483C (Judge Sypolt), (8) *GPU Nuclear, Inc. v. United States*, No. 00-440C (Judge Bush), (9) *Indiana Michigan Power Co. v. United States*, No. 98-486C (Judge Hodges), (10) *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Senior Judge Merow), (11) *Nebraska Public Power District v. United States*, No. 01-116C (Judge Sypolt), (12) *Northern States Power Co. v. United States*, No. 98-484C (Judge Wiese), (13) *Omaha Public Power*

*District v. United States*, No. 01-115C (Judge Bush), (14) *PSEG Nuclear LLC v. United States*, No. 01-551C (Judge Sypolt), (15) *Power Authority of the State of New York v. United States*, No. 00-703C (Chief Judge Damich), (16) *Sacramento Municipal Irrigation District v. United States*, No. 98-488C (Judge Braden), (17) *Southern Nuclear Operating Co. v. United States*, No. 98-614C (Senior Judge Merow), (18) *Tennessee Valley Authority v. United States*, No. 01-249C (Judge Lettow), (19) *Vermont Yankee Nuclear Power Authority v. United States*, No. 02-898C (Judge Hodges), (20) *Wisconsin Electric Power Co. v. United States*, No. 00-697C (Senior Judge Merow), and (21) *Yankee Atomic Electric Co. v. United States*, No. 98-126C (Senior Judge Merow).

RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action, as well the actions listed above, are all based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 10 C.F.R. § 961.11. However, each of the plaintiffs in these actions executed a separate Standard Contract with Defendant, acting by and through the Department of Energy. Although each Standard Contract, as the name suggests, contains identical material terms and conditions, the parties to each contract are different and each action presents unique issues. That is particularly true for GA, which, unlike the plaintiffs in the above-identified cases, has never been a generator of electricity. Accordingly, plaintiff's position is that consolidation of the above referenced actions is not likely to conserve judicial resources or promote an efficient determination of the actions. Issues regarding consolidation are currently the subject of motions pending before the court.

Given the facts summarized above, there may be some questions about whether the actions listed above are "directly-related cases" within the meaning of Rule 40.2(a).

Nonetheless, this notice is filed in order to permit the Court to make an informed judgment as to the proper assignment of this action.

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191

October 29, 2003

Attorney for Plaintiff General Atomics

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29 day of October, 2003, the foregoing Notice of Related Cases was served by U.S. Mail (First Class, postage pre-paid) to:

Harold D. Lester, Jr.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

Alex D. Tomaszczuk
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Melvin C. Garbow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101-3099

David A. Handzo
Jenner & Block
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

Peter K. Shea
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191

Attorney for Plaintiff General Atomics