**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GENERAL ATOMICS,** | |
| Plaintiff, | Case No. 03-2505C |
| v. | Judge Wolski |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

**<u>GENERAL ATOMICS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to RCFC 7.1, General Atomics, through its undersigned counsel, respectfully submits this corporate disclosure statement. General Atomics is a privately owned company and there is no publicly traded parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/ Brad Fagg

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

November 19, 2003

Attorneys for Plaintiff General Atomics