# In the United States Court of Federal Claims

(Filed April 16, 2003)

FILED
APR 16 2003
U.S. COURT OF FEDERAL CLAIMS

*****************************************
YANKEE ATOMIC ELECTRIC COMPANY
CONNECTICUT YANKEE ATOMIC POWER COMPANY
MAINE YANKEE ATOMIC POWER COMPANY
FLORIDA POWER & LIGHT COMPANY
NORTHERN STATES POWER COMPANY
DUKE POWER, A Division of DUKE ENERGY CORP.
INDIANA MICHIGAN POWER COMPANY
SACRAMENTO MUNICIPAL UTILITY DISTRICT
SOUTHERN NUCLEAR OPERATING COMPANY, et al.
COMMONWEALTH EDISON COMPANY
BOSTON EDISON COMPANY
GPU NUCLEAR, INCORPORATED
WISCONSIN ELECTRIC POWER COMPANY
POWER AUTHORITY OF THE STATE OF NEW YORK
OMAHA PUBLIC POWER DISTRICT
NEBRASKA PUBLIC POWER DISTRICT
TENNESSEE VALLEY AUTHORITY
PSEG NUCLEAR LLC
VERMONT YANKEE NUCLEAR POWER CORP.
DETROIT EDISON COMPANY
CONSUMERS ENERGY COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*****************************************

Case Nos.
98-126C, 98-154C,
98-474C, 98-483C,
98-484C, 98-485C,
98-486C, 98-488C,
98-614C, 98-621C,
99-447C, 00-440C,
00-697C, 00-703C,
01-115C, 01-116C,
01-249C, 01-551C,
02-898C, 02-926C,
02-1894C

UNCONSOLIDATED

FILE

**ORDER**

Pursuant to the parties' Joint Status Report of April 4, 2003, in response to the Orders of this Court of March 7 and March 18, 2003, and Rule 1 of the Rules of the Court, the Court hereby **ORDERS**:

1) That the following cases shall be considered by the Court as "lead" or "accelerated" cases for resolution of dispositive motions:

Yankee Atomic Electric Company, # 98-126 C (Judge Merow);
Connecticut Yankee Atomic Power Company, # 98-154 C (Judge Merow);
Maine Yankee Atomic Power Company, #98-474 C (Judge Merow);
Florida Power & Light Company, # 98-483 C (which has been transferred to Judge Sypolt);
Indiana Michigan Power Company, # 98-486 C (Judge Hodges);
Commonwealth Edison Company, # 98-621 C (Judge Hewitt); and

2) That the remaining cases captioned above shall be **STAYED** unless affirmatively ordered to proceed by the presiding judge in any individual case.

The Court also hereby **DENIES** as moot the April 4, 2003, motion of the Yankee Utility Plaintiffs (Yankee Atomic, Connecticut Yankee, and Maine Yankee) for reconsideration of the Court's March 7 Order. The Court further **STAYS** decision on Defendant's motion of February 14, 2003, to renew consideration of its motion to consolidate the above captioned cases before a single judge until the dispositive motions in the accelerated cases are resolved.

**IT IS SO ORDERED.**

Edward J. Damich
EDWARD J. DAMICH
Chief Judge