# In the United States Court of Federal Claims

No. 03-2505C
(Filed February 3, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **GENERAL ATOMICS**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion to stay proceedings in this case. Subsequent to the filing of this motion, the Chief Judge has issued an order lifting the stay that had covered the other cases in this Court containing spent nuclear fuel issues. *Yankee Atomic Electric Co. v. United States*, No. 98-126C (January 30, 2004). Given the posture of the "lead" cases previously designated by the Chief Judge, the Court does not believe that a stay would contribute to the just, speedy, and inexpensive resolution of this action. Accordingly, the Court hereby **DENIES** the motion to stay proceedings. The Court **GRANTS** defendant's unopposed request that its response to the complaint be due February 24, 2004, 21 days from the date of this order.

**SO ORDERED.**

**S/Victor J. Wolski**
**Victor J. Wolski, Judge**