**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL ATOMICS, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 03-2505C<br>Judge Wolski |

**<u>JOINT MOTION FOR TEMPORARY STAY</u>**

For the reasons stated below, plaintiff General Atomics and defendant the United States respectfully and jointly move for a temporary stay of this action. Pursuant to an order of the Court dated February 3, 2004, defendant's response to the complaint would be due on February 24, 2004.

This case is one of the 66 cases currently pending before this Court in which a plaintiff is seeking damages arising from the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste," the material terms of which are recited at 10 C.F.R. § 961.11, and General Atomics claims damages resulting from DOE's failure to commence accepting spent nuclear fuel. General Atomics, unlike most plaintiffs in these cases, is not (and never has been) an operator, or full or part owner, of a commercial nuclear power reactor.

For various reasons, representatives of General Atomics, the Department of Energy, and the Department of Justice have initiated a dialog regarding the circumstances of General Atomic's spent nuclear fuel storage. It is not at this point possible to predict the outcome of such discussions. Nevertheless, one potential result of this dialog would be an arrangement that would obviate the need for this damages lawsuit to be prosecuted. That, of course, would result in savings of resources on the part of the Court, the parties, and further the "just, speedy, and inexpensive" determination of this action. RCFC 1. By contrast, should the parties be required to commit resources to litigation matters in the near term, it is the view of the parties that the chances of a negotiated arrangement would be decreased.

For these reasons, the parties jointly request that this matter be stayed, in order to afford the parties an opportunity to fully pursue the dialog that they have already commenced. The parties would respectfully suggest that a joint status report be filed in six months, apprising the Court of the progress of discussions, and if necessary, proposing further proceedings in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch,
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 305-7562 – telephone
(202) 307-2503 – facsimile

of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff General Atomics

Attorneys for Defendant

February 24, 2004