# In the United States Court of Federal Claims

No. 03-2505C
(Filed March 2, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ATOMICS**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the Joint Motion for Temporary Stay filed by the parties on February 24, 2004. The parties have represented to the Court that discussions have commenced that might result in a "negotiated arrangement" that settles this matter. The Court finds that, upon this representation, good cause is shown to support the request, and a temporary stay is hereby **GRANTED** until September 2, 2004. Either an agreed-upon stipulation or a joint status report shall be filed with the Court no later than September 2, 2004.

**SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge