**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ATOMICS,** Plaintiff, v. **UNITED STATES OF AMERICA,** Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 03-2505C<br>Judge Wolski |

**<u>JOINT STATUS REPORT AND</u>**
**<u>MOTION FOR EXTENSION OF TEMPORARY STAY</u>**

Pursuant to the Court's order dated March 2, 2004, plaintiff General Atomics and defendant the United States respectfully file the following status report, and jointly move for a six month extension of the temporary stay of this action.

As the parties have previously explained, this case is one of a number of "spent nuclear fuel" cases pending before this Court in which a plaintiff is seeking damages arising from takings theories and the alleged breach by the Department of Energy (DOE) of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High Level Radioactive Waste," the material terms of which are recited at 10 C.F.R. § 961.11. However, General Atomics, unlike most plaintiffs in these so-called spent nuclear fuel cases, is not (and never has been) an operator, or full or part owner, of a commercial nuclear power reactor.

Representatives of General Atomics, DOE, and the U.S. Department of Justice have undertaken a dialog regarding the circumstances of General Atomic's spent nuclear fuel. The parties desire an opportunity to continue that dialog. For a number of reasons,

the parties have not had an opportunity to complete their discussions. Some of those reasons include the demands upon counsel for the government, who have been involved in the trials of the spent fuel cases *Indiana Michigan v. United States,* No. 98-486C, and *Yankee Atomic Electric Company et al.*, No. 98-126C, and a number of other matters, as well as the resources devoted by government counsel (and by counsel for General Atomics) to the negotiation and recent successful settlement of other spent nuclear fuel cases, *Commonwealth Edison and Exelon Generation Company, LLC et al. v. United States*, Nos. 98-621C, 04-102C, 04-103C. (Counsel for General Atomics also represented the plaintiffs in the *Exelon* settlement.) The DOE personnel involved in the discussions regarding the General Atomics circumstances have also had to address pressing non-litigation matters, in addition to providing support for the above lawsuit-related activities.

It is not at this point possible to predict the outcome of the discussions that the parties desire to continue. Nevertheless, one potential result of this dialog would be an arrangement that would obviate the need for this damages lawsuit to be prosecuted. That, of course, would result in savings of resources on the part of the Court the parties, and further the "just, speedy, and inexpensive" determination of this action. RCFC 1. By contrast, should the parties be required to commit resources to litigation matters in the near term, it is the view of the parties that the chances of a negotiated arrangement would be decreased.[1/]

---

1/ In addition to the above-referenced discussions, General Atomics would independently desire a stay of this action for a host of reasons relating to conservation of resources and judicial economy. Should the above-referenced discussions regarding the circumstances of General Atomics be deemed by the Court insufficient to warrant the

For these reasons, the parties jointly request that the stay of this matter be continued for another six months, in order to afford the parties an opportunity to fully pursue the dialog that they have already commenced. The parties would respectfully suggest that a joint status report be filed in March 2005, apprising the Court of the progress of discussions, and if necessary proposing further proceedings in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold Lester
Harold D. Lester, Jr.
Assistant Director

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191 - telephone
(202) 739-3001 – facsimile

Of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiff General Atomics

s/ Scott Damelin s/ Harold Lester
Scott R. Damelin
Trial Attorney
Commercial Litigation Branch,
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 305-7562 - telephone
(202) 514-8640 - facsimile

Attorneys for Defendant,
the United States

---

jointly-requested stay, General Atomics would respectfully request the opportunity to present those additional reasons in more detail.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of September, 2004, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

s/ Brad Fagg