# In the United States Court of Federal Claims

No. 03-2505C
(Filed September 7, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ATOMICS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the Joint Motion for Temporary Stay filed electronically by the parties on September 2, 2004. The parties have represented to the Court that discussions that might result in a "negotiated arrangement"settling this matter continue. The Court finds that, upon this representation, good cause is shown to support the request, and a temporary stay is hereby **GRANTED** until March 4, 2005. Either an agreed-upon stipulation or a joint status report shall be filed with the Court no later than March 4, 2005.

**IT IS SO ORDERED.**

/S/Victor J. Wolski
**VICTOR J. WOLSKI**
Judge