# In the United States Court of Federal Claims

No. 03-2505C
(Filed May 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ATOMICS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and request for continuation of the stay. The Court **GRANTS** the request. All proceedings in this case shall be **STAYED** until **September 6, 2005**. The parties shall file a joint status report on or before that date, apprising the Court on how the parties wish to proceed with this case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge