# In the United States Court of Federal Claims

No. 03-2505C
(Filed April 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
**GENERAL ATOMICS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint status report and request for continuation of the stay. The Court **GRANTS** the request. All proceedings in this case shall be **STAYED** until **September 26, 2006**. The parties shall file a joint status report on or before that date, apprising the Court on how the parties wish to proceed with this case.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge