# In the United States Court of Federal Claims

No. 03-2505C
(Filed April 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**GENERAL ATOMICS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint status report and stipulation for an extension of the temporary stay currently in effect. The request is **GRANTED**. All proceedings in this case are therefore stayed until **December 15, 2008**. The parties shall file a joint status report on or before that date, thereby informing the Court how they wish the litigation to proceed.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge