# In the United States Court of Federal Claims

**No. 03-2505C**
**Filed: August 28, 2008**

**GENERAL ATOMICS**

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

John S. Buckley
ACTING CLERK OF COURT